# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CIVIL ACTION NO. 3:14-CV-00392-RJC-DSC

| | |
|---|---|
| **BILLY QUINTON GRAHAM,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | |
| ) | **ORDER** |
| **BRANDON WILLIAMSON,** ) | |
| **DANIEL BIGNALL,** ) | |
| **RODNEY MONROE,** ) | |
| **CHARLOTTE MECKLENBURG** ) | |
| **POLICE DEPARTMENT, AND** ) | |
| **CITY OF CHARLOTTE-** ) | |
| **MECKLENBURG,** ) | |
| ) | |
| **Defendants.** ) | |

**THIS MATTER** is before the Court on the pro se Plaintiff's "Motion to Compel" (document # 13) filed December 24, 2015, as well as the parties' briefs and exhibits.

Plaintiff seeks production of a "dash cam video" taken by Defendant Bignall on April 30, 2011 at 2:16 a.m. In their Response, Defendants Bignall and Charlotte Mecklenburg Police Department represent that the video was included in their Rule 26 initial disclosures. See document #15. In his Reply, Plaintiff states that he has received a disk but it contains "no visual footage, only data showed."

Because Defendants concede that the dash cam video is properly discoverable, Plaintiff's Motion will be granted.

**NOW IT IS HEREBY ORDERED** that:

1. Plaintiff's "Motion to Compel" (document # 13) is **GRANTED**. Within fourteen days of this Order, Defendants shall produce the video referenced above in an accessible format. If Defendants have already produced that video, they may fulfill their obligation under this Order by serving Plaintiff with a verified discovery response in that regard.

2. The Clerk is directed to send copies of this Order to the pro se Plaintiff, counsel for Defendants, and to the Honorable Robert J. Conrad, Jr.

**SO ORDERED**.

Signed: February 23, 2015

David S. Cayer
United States Magistrate Judge