UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:14-cv-392-RJC-DSC

| | |
|---|---|
| BILLY QUINTON GRAHAM,<br><br>   Plaintiff,<br><br>   v.<br><br>THE CHARLOTTE MECKLENBURG POLICE DEPARTMENT, THE CITY OF CHARLOTTE, OFFICER DANIEL BIGNALL, individually and as a police officer for the Charlotte Mecklenburg Police Department, OFFICER BRANDON C. WILLIAMSON, individually and as a police officer for the Charlotte Mecklenburg Police Department, OFFICER RODNEY MONROE, individually and as chief of the Charlotte Mecklenburg Police Department,<br><br>   Defendants. | **ORDER** |

**THIS MATTER** comes before the Court *sua sponte*. The Court finds good cause to continue the jury trial currently set for the trial term beginning on September 8, 2015.

THEREFORE, IT IS ORDERED that the jury trial scheduled for the September 8, 2015 term will be continued to the November 2, 2015 term at 9:30 a.m., and all deadlines set by the Pretrial Order and Case Management Plan (Doc. No. 5) shall be adjusted accordingly.

SO ORDERED.

Signed: August 18, 2015

Robert J. Conrad, Jr.
United States District Judge

1