# United States District Court
# Western District of North Carolina
# Charlotte Division

| | | |
|---|---|---|
| Billy Quinton Graham**,** | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff(s), | ) | 3:14-cv-00392-RJC-DSC |
| | ) | |
| vs. | ) | |
| | ) | |
| Daniel Bignall, et al | ) | |
| Defendant(s). | | |

DECISION BY COURT. This action having come before the Court by Motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's October 19, 2015 Order.

October 19, 2015

*Frank G. Johns*

Frank G. Johns, Clerk
United States District Court